No. 598. El Pueblo v. Díaz.—Apelación procedénte de la Corte de Distrito de San Juan, Sección 2ª. Resuelta en abril 23, 1913. Confirmada la sentencia apelada. Abogado del Pueblo: Sr. *Charles E. Foote, Fiscal.*_ El apelante no compareció.

---

No. 982.—Mojica et al. v. Morell.—Apelación procedente de la Corte de Distrito de Arecibo. Moción de los apelantes desistiendo de la apelación. Resuelta en abril 29, 1913. Se tiene por desistidos a los apelantes de su apelación. Abogado de los promoventes: Sr. *Henry G. Molina.* El apelado no compareció.

---

No. 599. El Pueblo v. Martínez et al.—
No. 600. El Pueblo v. Avilés et al.—
Apelaciones procedentes de la Corte de Distrito de Aguadilla. Mociones del Fiscal para que se desestimen las apelaciones. Resueltas en abril 30, 1913. Desestimadas las apelaciones en ambos casos por incumplimiento del artículo 350 del Código de Enjuiciamiento Criminal, o sea por no haber sido notificado el Fiscal con copia del escrito de apelación. Abogado del Pueblo: Sr. *Charles E. Foote, Fiscal.* Abogado de los apelantes: Sr. *Pedro Manzano Aviñó.*

---

No. 392. Ex parte Plinio L. Castro.—Solicitud para que se apruebe la fianza notarial No. 2298 otorgada por la National Surety Company el 30 de abril de 1913. Resuelta en abril 30, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.